UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CATHERINE GIBSON, :
:
                Plaintiff, : 21-CV-7042 (JMF)
:
   -v- : ORDER
:
526 WEST 158TH STREET HDFC et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 24, 2021, the Court set a briefing schedule on Plaintiff's "Emergency" Motion to Remand to State Court and Plaintiff's Supplemental Motion to Remand to State Court. *See* ECF No. 9. On August 25, 2021, Plaintiff filed a Second Supplemental Motion to Remand to State Court. *See* ECF No. 10.

      Defendants are directed to address Plaintiff's Second Supplemental Motion to Remand in their single, consolidated response due August 31, 2021. (Because Plaintiff's Second Supplemental Motion does not raise any new issues, there is no basis for the extension of time to respond that Defendants seek. *See* ECF No. 11.) That said, unless and until the Court orders otherwise, **Plaintiff may not file any further motions or other filings** until after Defendants file their response to Plaintiff's first three motions, at which time Plaintiff may file a single reply in accordance with the Court's August 24, 2021 Order.

      SO ORDERED.

Dated: August 26, 2021
       New York, New York

                                                  JESSE M. FURMAN
                                              United States District Judge